*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Acting Director*

February 3, 2025

**Via ECF**
Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: Akinyemi v. New Jersey Motor Vehicle Commission**
**Docket No. 3:25-cv-00747-ZNQ-TJB**

**Response to Plaintiff's Motion to Remand**
**Hearing Date: March 3, 2025**

Dear Judge Bongiovanni:

I represent Defendant, New Jersey Motor Vehicle Commission ("NJMVC") in this matter. On January 27, 2025, Defendant NJMVC removed this matter from Ocean County Superior Court, docket number OCN-L-3313-24, as Count II of Plaintiff's initial Complaint alleges a violation of a federal statute (ECF No. 1). On the same date as the removal, Plaintiff Akinyemi filed a proposed Amended Complaint which removes Count II leaving a sole count of a Law Against Discrimination claim (ECF No. 4). On January 28, 2025, Plaintiff Akinyemi filed a Motion to Remand. Defendant NJMVC does not object to the remand as the sole count of the proposed Amended Complaint asserts a claim based in state law.

We thank the Court for its courtesy and consideration in this matter.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: s/ Natalie K. Dennis
Natalie K. Dennis
Deputy Attorney General

c: (via CM/ECF)
Temitope Akinyemi