**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Trenton, NJ**

TEMITOPE AKINYEMI

Plaintiff,

v.

Case No.:
3:25−cv−00747−ZNQ−TJB
Judge Zahid N. Quraishi

NEW JERSEY MOTOR VEHICLE COMMISSION

Defendant.

Clerk, Superior Court of New Jersey
Ocean County Courthouse
118 Washington Street
Toms River, NJ 08754

State No: OCN−L−3313−24

**Dear Clerk of Court:**

Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

Very truly yours,

CLERK OF COURT
By Deputy Clerk, amv

encl.
cc: All Counsel